# EXHIBIT A

**From:** NCaristo@TownofPalmBeach.com
**Subject:** Re: Coalition of Immokalee Workers Demonstration Plan
**Date:** January 14, 2016 at 1:56 PM
**To:** Claire Comiskey claire@allianceforfairfood.org
**Cc:** CurtisKrauel@townofPalmBeach.com, JDunn@TownofPalmBeach.com

N



Good Afternoon Claire,

Thank you for providing me with the details of your event. Upon review of the details, I do have some concerns. First, what is described in the outline, such as setting up port-a-lets, snacks, etc, will require a "Special Event Permit" for Tangier. Town of Palm Beach Ordinance, under "Special Events on Public Property" Sec 106-256, defines special events as " Special event means any meeting, activity or gathering of a group of persons having a common purpose, design or goal, upon any public street, sidewalk, alley, park, beach or other public place or building, which special event substantially inhibits the usual flow of pedestrian or vehicular travel or which occupies any public area or building, which results in preempted use by the general public or which deviates from the established use. Nothing in this article shall preclude the use of such areas by the town for governmental purposes." Therefore you need to apply for a Special Event permit for Tangier.

Second, buses are not permitted to stage or park and require a bus permit. Therefore, a bus permit needs to be applied as per Town of Palm Beach Ordinance Sec 118-13, "Buses, commercial vehicles limited to state highways", which states "It shall be unlawful for any person to operate or allow any person under his control or direction to operate any passenger bus, sightseeing bus, or any truck weighing in excess of 5,051 pounds net weight or other commercial vehicle on any street in the town except the state designated highways unless a permit for the operation thereof is first obtained from the chief of police; however, the provisions of this section shall not be deemed to prohibit the operation of any passenger bus holding a permit under this Code and the ordinances of the town; nor shall this section apply to any truck or commercial vehicle using streets where necessary, as determined by chief of police, to serve the residents and businesses on the streets."

Lastly, under no circumstances, is any person allowed to obstruct vehicular or pedestrian traffic, or have vehicles caravan or be used to obstruct vehicular or pedestrian traffic. These are outlined in the demonstration handout I sent to you. Attached to this email is the handout for your review again.

Thank you,

Lieutenant Nicholas Caristo
Palm Beach Police Department
345 South County Road
Palm Beach, Fl 33480
Office: 561-838-5454
Fax: 561-835-4736




From: Claire Comiskey <claire@allianceforfairfood.org>
To: NCaristo@TownofPalmBeach.com
Date: 01/14/2016 12:33 PM
Subject: Coalition of Immokalee Workers Demonstration Plan

---

Hello Lt. Caristo,

Thank you for sending over the demonstration handout. I showed it to our lawyer, and he is sure we will be able to work something out together within the rules.

Attached is the proposed plan for the Coalition of Immokalee Workers' demonstration in Palm Beach. We have changed the date of the demonstration from Sunday, March 13 to Saturday, March 12.

Please let me know if you have any questions and our next steps from here.

Best,
Claire

---

Claire Comiskey
**Alliance for Fair Food**
239 313 1081 I allianceforfairfood.org
[attachment "PalmBeach_CIW_PermitNarrative.pdf" deleted by Nicholas Caristo/PalmBeach]



Protest Handout for Demonstrators.docx



# TOWN OF PALM BEACH POLICE DEPARTMENT

A NATIONAL AND STATE ACCREDITED LAW ENFORCEMENT AGENCY



## Miscellaneous Statutes for Demonstration

843.02 **Resisting Officer without Violence**: Whoever shall resist, obstruct, or oppose any officer in the execution of legal process or in the lawful execution of any legal duty, without offering or doing violence to the person of the officer, shall be guilty of a misdemeanor of the first degree

843.01 **Resisting Officer with Violence:** Whoever knowingly and willfully resists, obstructs, or opposes any officer in the execution of legal process or in the lawful execution of any legal duty, by offering or doing violence to the person of such officer or legally authorized person, is guilty of a felony of the third degree

870.02 **Unlawful assemblies**: If three or more persons meet together to commit a breach of the peace, or to do any other unlawful act, each of them shall be guilty of a misdemeanor of the second degree

870.03 **Riots and routs**: If any persons unlawfully assembled demolish, pull down or destroy, or begin to demolish, pull down or destroy, any dwelling house or other building, or any ship or vessel, each of them shall be guilty of a felony of the third degree.

871.01 **Disturbing schools and religious and other assemblies:** Whoever willfully interrupts or disturbs any school or any assembly of people met for the worship of God or for any lawful purpose commits a misdemeanor of the second degree

877.03 **Breach of the peace; disorderly conduct.**—Whoever commits such acts as are of a nature to corrupt the public morals, or outrage the sense of public decency, or affect the peace and quiet of persons who may witness them, or engages in brawling or fighting, or engages in such conduct as to constitute a breach of the peace or disorderly conduct, shall be guilty of a misdemeanor of the second degree

861.01 **Obstructing highway.**—Whoever obstructs any public road or established highway by fencing across or into the same or by willfully causing any other obstruction in or to such road or highway, or any part thereof, shall be guilty of a misdemeanor of the first degree.

810.09 **Trespass** - A person who, without being authorized, licensed, or invited, willfully enters upon or remains in any property other than a structure or conveyance: As to which notice against entering or remaining is given, either by actual communication to the offender or by posting, fencing, or cultivation commits the offense of trespass on property other than a structure or conveyance, shall be guilty of a misdemeanor of the first degree

856.021 **Loitering and Prowling** –
(1) It is unlawful for any person to loiter or prowl in a place, at a time or in a manner not usual for law-abiding individuals, under circumstances that warrant a justifiable and reasonable alarm or immediate concern for the safety of persons or property in the vicinity.



TOWN OF PALM BEACH
POLICE DEPARTMENT



A NATIONAL AND STATE ACCREDITED LAW ENFORCEMENT AGENCY




(2) Among the circumstances which may be considered in determining whether such alarm or immediate concern is warranted is the fact that the person takes flight upon appearance of a law enforcement officer, refuses to identify himself or herself, or manifestly endeavors to conceal himself or herself or any object. Unless flight by the person or other circumstance makes it impracticable, a law enforcement officer shall, prior to any arrest for an offense under this section, afford the person an opportunity to dispel any alarm or immediate concern which would otherwise be warranted by requesting the person to identify himself or herself and explain his or her presence and conduct. No person shall be convicted of an offense under this section if the law enforcement officer did not comply with this procedure or if it appears at trial that the explanation given by the person is true and, if believed by the officer at the time, would have dispelled the alarm or immediate concern.
(3) Any person violating the provisions of this section shall be guilty of a misdemeanor of the second degree

838.021 **Threat against public servant.**—
(3)(a) Whoever unlawfully harms any public servant or any other person with whose welfare the public servant is interested shall be guilty of a felony of the second degree.
(b) Whoever threatens unlawful harm to any public servant or to any other person with whose welfare the public servant is interested shall be guilty of a felony of the third degree.

806.13 **Criminal Mischief** –
(1)(a) A person commits the offense of criminal mischief if he or she willfully and maliciously injures or damages by any means any real or personal property belonging to another, including, but not limited to, the placement of graffiti thereon or other acts of vandalism thereto.
(b)1. If the damage to such property is $200 or less, it is a misdemeanor of the second degree
2. If the damage to such property is greater than $200 but less than $1,000, it is a misdemeanor of the first degree
3. If the damage is $1,000 or greater, or if there is interruption or impairment of a business operation or public communication, transportation, supply of water, gas or power, or other public service which costs $1,000 or more in labor and supplies to restore, it is a felony of the third degree,




# TOWN OF PALM BEACH POLICE DEPARTMENT

A NATIONAL AND STATE ACCREDITED LAW ENFORCEMENT AGENCY




## Town of Ordinances

**Sec. 42-196. Prohibited noise. (Class III Violation)**
It shall be unlawful for any person to make, continue, or cause to be made or continued:
(1) Any loud or raucous noise;
(2) Any noise that tends to annoy the community or injure the health of the citizens in general; or
(3) Any noise that annoys, disturbs, injures or endangers the comfort, repose, health, peace or safety of any considerable number of persons. A considerable number of persons, for this section, shall mean three or more unrelated persons in separate households.
(Code 1982, § 12-48; Ord. No. 23-09, § 1, 1-12-10)

**Sec. 42-197. Specific acts prohibited. (Class II Violation)**
The following acts shall be unlawful whether or not such acts constitute a violation of section 42-196:
(3) ***Loudspeakers, amplifiers for advertising.*** The using, operating or permitting the playing, using or operating of any radio or television receiving sets, musical instrument, phonograph, compact disc player, **loudspeaker**, **sound amplifier** or other machine or device for the producing or reproducing of sound cast upon the public streets for the purpose of commercial advertising or attracting the attention of the public to any building or structure.
(6) ***Noises to attract attention****.* The use of any drum, pan, pail, bell, horn, trumpet, loudspeaker or other instrument or sound-making device for the purpose of attracting attention to any performance, show, sale, display or merchandise.
(7) ***Yelling, shouting, similar noises****.* Yelling, shouting, hooting, whistling or singing on the public streets between the hours of 12:00 midnight and 7:00 a.m., or at any time or place in a manner violating the standards set forth in section 42-196.

**Sec. 42-201. Noisy advertising. (Class II Violation)**
It shall be unlawful for any person within this town to blow any horn or whistle, or ring any bell, or use any other device whereby a noise is produced, or cause or procure the same to be done, for the purpose of advertising any business, occupation or article or for the purpose of attracting attention to any such advertising.
(Code 1982, § 13-2)

**Sec. 70-2. Advertising; posting without consent.**
It shall be unlaw ful for any person to post, paint or place on any bridge, lamppost, telegraph or telephone post, tree, or any property, or private or public building, or fence, any handbills, signs, pictures, or advertisements whatsoever, without the consent of the owner thereof first had and obtained in writing.

**Sec. 106-1. Obstructions generally. (Class I Violation)**
Except as otherwise permitted by this Code:
(1) It shall be unlawful to obstruct or cause to be obstructed any sidewalk or crossing in any way.
(2) It shall be unlawful to erect, build, construct, deposit or place upon or in any street, or any place where the public has a right of passage, any structure or obstruction of any kind; or for the owner or occupant of any lot or part thereof abutting on a street of this town to permit any obstruction to remain upon the sidewalk in front of such lot or part thereof or for the owner or occupant of such lot or part thereof to permit any sidewalk in front of such lot or part thereof to remain in such condition as to prevent convenient and safe use thereof by the public.
(Code 1982, § 19-14)




# TOWN OF PALM BEACH POLICE DEPARTMENT







**Sec. 18-896. Posters, signs, placards prohibited. (Class II Violation)**
No person shall paint, paste, print or nail any paper sign or any advertisement or notice of any kind whatsoever, or cause the same to be done, on any curbstone, flagstone or other portion of any sidewalk or street or upon any tree, lamppost, hitching post, telephone or telegraph pole, hydrant, bridge, workshop or tool shed, or upon any other structure within the limits of the town except by resolution of the town council. No person shall paint, paste, print or nail any banner, sign, handbill, advertisement or notice of any kind, or cause the same to be done, upon any private pole, advertising board or sign or upon any other private structure or building unless he is the owner or lessee of such wall, window, door, fence, gate, advertising board or sign, or other private building or structure. This subsection shall not apply to legal notices required by law.
(Code 1982, § 5-421(e))

**Sec. 106-3. Skateboarding on public ways. (Class I Violation)**
It shall be unlawful for any person to use or operate a skateboard in or upon any public road or sidewalk within the town.
(Code 1982, § 13-34)

**Sec. 106-158. Prohibiting bicycle riding on sidewalks within commercial zoning districts. (Class I Violation)**
(a) It shall be unlawful for any person to ride a bicycle or any other mode of transportation, including but not limited to unicycles, tricycles, roller skates and electric personal assisted mobility devices (Segways), upon the sidewalks of the town located within the commercial zoning districts, unless the sidewalk is specifically designated as a bicycle path. Members of the police department are exempt from this section and may ride bicycles on sidewalks in the town's commercial districts in the performance of their official duties. The prohibition set forth in this section does not apply to wheelchairs or to any mobility device designed or used to assist a disabled person.

**Sec. 118-13. - Buses, commercial vehicles limited to state highways. (Class II Violation)**
It shall be unlawful for any person to operate or allow any person under his control or direction to operate any passenger bus, sightseeing bus, or any truck weighing in excess of 5,051 pounds net weight or other commercial vehicle on any street in the town except the state designated highways unless a permit for the operation thereof is first obtained from the chief of police; however, the provisions of this section shall not be deemed to prohibit the operation of any passenger bus holding a permit under this Code and the ordinances of the town; nor shall this section apply to any truck or commercial vehicle using streets where necessary, as determined by chief of police, to serve the residents and businesses on the streets.

# TOWN OF PALM BEACH POLICE DEPARTMENT

A NATIONAL AND STATE ACCREDITED LAW ENFORCEMENT AGENCY




## Town Ordinance Fine Schedule:

***Class I violations:***
First offense . . . $75.00
Second offense . . . 125.00
Third offense . . . 250.00
Fourth and subsequent offense . . . 500.00

***Class II violations:***
First offense . . . $125.00
Second offense . . . 250.00
Third offense . . . 400.00
Fourth and subsequent offense . . . 500.00

***Class III violations:***
First offense . . . $250.00
Second and subsequent offense . . . 500.00

***Class IV violations****:* . . . $500.00