# EXHIBIT B

# Palm Beach, Florida - Code of Ordinances

Supplement 19 Update 1

*Online content updated on February 8, 2016*

CODE OF ORDINANCES
Town of
PALM BEACH, FLORIDA

Codified through
Ordinance No. 32-2015, enacted January 12, 2016.
( Supp. No. 19, Update 1)

## Chapter 106 - STREETS, SIDEWALKS AND OTHER PUBLIC PLACES
### Sec. 106-218. - Regulation of time, place and manner of parade.

The following time, place, and manner regulations are to apply to all parades held within the town.

(1) Parades shall take place within the parade routes designated herein and described in the exhibit on file in the office of the town clerk.

(2) No animal-drawn or motorized vehicles shall be permitted within a parade.

(3) Parades shall only be held between the hours of 9:00 a.m. and sunset, and only upon Sundays, or national holidays recognized by the federal government.

(4) There shall be held within the town no more than one parade on any given day, with priority for any particular day to be granted to the first person to submit a completed application designating that day.

(5) The maximum total duration of each parade and the assembly thereof shall be two hours.

(6) Parades shall be no more than one-quarter mile in length from starting point to termination point.

(7) The granting of a parade permit under this article shall not require the complete blockading of streets or intersections to vehicular traffic, and the town shall be empowered to apportion such streets and intersections for simultaneous use by parade participants and vehicular traffic.

(8) The carrying or possession by any parade participant of any object that might readily be wielded as a weapon is prohibited within 300 yards of any parade. Such objects shall include, but not be limited to, any pole or stick of greater than three-quarter inch sharpened edge or point, dirk, metallic knuckles, slingshot, billie, chemical weapon or device, sword, sword cane, or electric weapon or device.

(9) The carrying or possession by any parade participant of any object constructed of any object that standing alone would be in violation of this article is prohibited within 300 yards of any parade.

(10) Nothing herein shall preclude picketing or demonstrations on the public streets, sidewalks or parks of the town, which is otherwise permitted by state and federal law, so long as the picketing or demonstration otherwise complies with all town ordinances and the picketers or demonstrators are situated in a manner so as not to obstruct, impede, hinder or otherwise interfere with the orderly movement of pedestrian or vehicular traffic.

https://www.municode.com/library/fl/palm_beach/codes/code_of_ordinances?nodeId=11397

**Sec. 106-257. - Regulations relating to special event.**

The following regulations shall apply to all special events held within the town:

(1) There shall be held at the location requested no more than one special event on any given day, without priority for any particular date, to be granted to the first person to submit a completed application designating that day.

(2) The maximum total duration of each special event and the assembly thereof shall be three hours.

(3) Any signs, props or displays used in conjunction with the special event must be removed immediately after the time permitted for the special event has expired.

(4) The use of banners, flags (other than flags of official governmental bodies), streamers, balloons or any similar devices, in connection with the event, shall be prohibited.

(5) The use of decorated vehicles and trailers in connection with the event is prohibited.

(6) The granting of a special event permit under this article shall not require the complete blockading of streets or intersections to vehicular traffic, and the town shall be empowered to apportion such streets and intersections for simultaneous use by special event participants and vehicular and pedestrian traffic.

(7) The concentration of persons and/or vehicles at the special event will not interfere unduly with proper fire and police protection of, or ambulance service to, areas contiguous to the assembly area or other areas of the town.

(8) There are sufficient parking places near to the site of the special event to accommodate the approximate number of automobiles reasonably expected to be driven to the special event.

(9) The event is not otherwise in violation of ordinances or regulations of the town or the state or of federal law.

https://www.municode.com/library/fl/palm_beach/codes/code_of_ordinances?nodeId=11397