UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-CV-80284-ROSENBERG

THE COALITION OF IMMOKALEE
WORKERS, INC.,

      Plaintiff,

v.

THE TOWN OF PALM BEACH, FLORIDA,

      Defendant.
_____/

**UNOPPOSED MOTION TO REQUEST TELEPHONE SCHEDULING
CONFERENCE AND RESCHEDULE HEARING OF AUGUST 31, 2016**

COMES NOW Defendant THE TOWN OF PALM BEACH, FLORIDA by and through undersigned counsel, and hereby moves this Court for an order to reschedule the hearing on August 31, 2016 to another date and to hold a telephone scheduling conference to set the date, and as grounds therefore states:

1. The Court issued an order setting a hearing on Plaintiff's Motion for Attorney's Fees and Expenses for August 31, 2016 at 10:00 a.m.

2. The undersigned will be out of town to attend the U.S. Open Tennis Championships from August 31, 2016, returning to the office on September 5, 2016, with prepaid air fare and hotel. The undersigned will be out of the country from September 17 through September 29, 2016.

3. The undersigned attorney has the most knowledge concerning the instant case and the only counsel in the firm to attend the hearing in the above matter.

4. The undersigned asks the Court to reschedule the above hearing for any day from either prior to August 31, 2016 or September 5, 2016 through September 16, 2016.

5. The undersigned has conferred with opposing counsel who has no objection to this motion, but also states that she too has conflicts, but has not yet provided specific dates.

By: /s/ Margaret L. Cooper
Margaret L. Cooper, Esq.
Florida Bar No. 217948
E-mail: mcooper@jonesfoster.com
John C. Randolph, Esq.
Florida Bar No. 129000
jrandolph@jonesfoster.com
JONES, FOSTER, JOHNSTON & STUBBS, P.A.
505 South Flagler Drive, Suite 1100 (33401)
Post Office Box 3475
West Palm Beach, FL 33402-3475
Telephone: (561) 659-3000
Facsimile: (561) 650-5300
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 22nd day of August, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Margaret L. Cooper
Margaret L. Cooper

## SERVICE LIST
Case No. 16-CV-80282-Rosenberg

Victoria E. Brieant
Victoria@brieantlaw.com
Law Office of Victoria E. Brieant
4000 Ponce de Leon Blvd., Suite 470
Coral Gables, FL 33146
Tel: 305-421-7200

Jean Kim
jkim@constantinecannon.com
Robert Begleiter
rbegleiter@constantinecannon.com
Constantine Cannon, LLP
335 Madison Ave., 9th Floor
New York, NY 10017
Tel: 212-350-2700