UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-CV-80284-ROSENBERG

THE COALITION OF IMMOKALEE
WORKERS, INC.,

      Plaintiff,

v.

THE TOWN OF PALM BEACH, FLORIDA,

      Defendant.
_____/

## MODIFIED CONSENT FINAL JUDGMENT

THIS CAUSE came to be heard upon the Parties' Stipulation for entry of a Consent Final Judgment. The Court, having reviewed the Stipulation and otherwise being advised in the premises, enters this Consent Final Judgment as follows:

1. The Order Granting in Part, Denying in Part the Motion for Temporary Restraining Order and Preliminary Injunction (DE 31), as modified and clarified by the Parties' Stipulation dated August 22, 2016, is hereby made a Final and Permanent Judgment and Injunction, which shall apply to future marches and rallies planned by CIW in the Town of Palm Beach. The terms of the Stipulation are incorporated and made part of this Consent Final Judgment.

2. The Court reserves jurisdiction to hear either Parties' motions for attorney fees and/or costs.

DONE AND ORDERED in Chambers at West Palm Beach in the Southern District of Florida, this 25th day of August, 2016.

                                          ROBIN L. ROSENBERG
                                          UNITED STATES DISTRICT JUDGE

Copies furnished to:

Margaret L. Cooper, Esq.
Florida Bar No. 217948
E-mail: mcooper@jonesfoster.com
John C. Randolph, Esq.
Florida Bar No. 129000
jrandolph@jonesfoster.com
JONES, FOSTER, JOHNSTON & STUBBS, P.A.
505 South Flagler Drive, Suite 1100 (33401)
Post Office Box 3475
West Palm Beach, FL 33402-3475
Telephone: (561) 659-3000
Facsimile: (561) 650-5300

Victoria E. Brieant
Victoria@brieantlaw.com
Law Office of Victoria E. Brieant
4000 Ponce de Leon Blvd., Suite 470
Coral Gables, FL 33146
Tel: 305-421-7200

Jean Kim
jkim@constantinecannon.com
Robert Begleiter
rbegleiter@constantinecannon.com
Constantine Cannon, LLP
335 Madison Ave., 9th Floor
New York, NY 10017
Tel: 212-350-2700